IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| JOSEPH NALL and BECKY NALL, | ) |
| | ) NO._____ |
| Plaintiffs, | ) |
| v. | ) JUDGE_____ |
| | ) |
| AREFRAINE ABERRA MESFIN and | ) MAGISTRATE JUDGE |
| SWIFT TRANSPORTATION COMPANY | ) _____ |
| OF ARIZONA, LLC, | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, defendant Swift Transportation Company of Arizona, LLC ("Swift" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Coffee County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about November 29, 2021 by Plaintiffs filing of the Complaint in the Coffee County Circuit Court in Coffee County, Tennessee, case no. 2021-CV-47876 (the "Complaint"). True and accurate copies of the pleadings served upon this Defendant in this action are attached as Exhibit A.

2. The Complaint was served on this Defendant on or about December 13, 2021 2021. The Notice of Removal is being filed within thirty (30) days after service of the Complaint on this Defendant; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence *per se* against defendant Arefraine Aberra Mesfin in operating the vehicle without exercising ordinary and due care, thus leading to Plaintiffs' injuries. It contains allegations of vicarious liability against this Defendant as well as direct claims of negligence against this Defendant for negligent entrustment. Plaintiffs seek damages in amount not to exceed $250,000 for Joseph Nall and $25,000 for Becky Nall in their Complaint. Accordingly, it is clear that the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

4. According to the Complaint, Plaintiffs are citizens and residents of Coffee County, Tennessee.

5. Defendant Swift Transportation Company of Arizona, LLC is a foreign corporation organized under the laws of the State of Arizona with its principal place of business in Arizona.

6. Defendant Arefraine Aberra Mesfin is a citizen and resident of the State of Wisconsin. Undersigned counsel is also representing Mr. Mesfin in this matter, and he consents to the removal of this matter to the United Stated District Court for the Eastern District of Tennessee.

7. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served via email on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Coffee County Circuit Court in Coffee County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of

those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. Defendant demands a jury to try this case.

**WHEREFORE,** Defendant prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Coffee County Circuit Court in Manchester, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
  Mary Beth White, BPR #24462
  424 Church Street, Suite 2500
  P.O. Box 198615
  Nashville, TN 37219
  (615) 259-1366
  mbwhite@lewisthomason.com

*Attorneys for defendant Swift Transportation Company of Arizona, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email to:

Chaucey Fuller, Esq.
Bart Durham Injury Law
404 James Robertson Parkway
1712 Parkway Towers
Nashville, TN 37219

This the 12th day of January 2022.

/s/*Mary Beth White*